UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 0:02-CV-838 PAM/RLE

IBEW NO. 292 HEALTH CARE PLAN, ELECTRICAL WORKERS LOCAL NO. 292 PENSION FUND, ELECTRICAL WORKERS LOCAL NO. 292 ANNUITY & 401 (K) FUND, ELECTRICAL WORKERS LOCAL NO. 292 VACATION & HOLIDAY FUND, MINNEAPOLIS ELECTRICAL INDUSTRY BOARD/JATC/LMCC,

Plaintiffs,

vs.

DAVE'S ELECTRIC, INC.,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Pursuant to Fed.R.Civ.P. 41(a), the Plaintiffs and the Defendant in the above-captioned matter, by and through their respective counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice, each party to bear its own costs.

Dated: 9/18/02

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela H. Nissen
Atty Reg. No. 259810
Kathleen M. Brennan
Atty. Reg. No. 256870
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525
Fax: (612) 339-2386

Attorneys for Plaintiffs

FILED OCT 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 09-20-02

WAGEMAKER LAW OFFICE

By James Wagemaker
James Wagemaker
Atty No. 113451

106 South Ninth Street
P.O. Box 172
Olivia, Minnesota 56277
Telephone: (320) 523-2161
Fax: (320) 523-1087

Attorneys for Defendant

**ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: October 1, 2002

The Honorable Paul A. Magnuson
Judge of District Court